# ELECTRONIC RECORD

COA #   02-14-00043-CR            OFFENSE:   22.011

STYLE:   Johnathan Lewis Helm v. The State of Texas            COUNTY:   Tarrant

COA DISPOSITION:   AFFIRMED            TRIAL COURT:   Criminal District Court No. 4

DATE: 06/04/15            Publish: NO   TC CASE #:   1276053D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Johnathan Lewis Helm v. The State of Texas            CCA #:   **796-15**

_APPELLANT'S_   Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____

REFUSED            JUDGE: _____

DATE: 09/16/2015            SIGNED: _____      PC: _____

JUDGE: Per Curiam            PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**